# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,            )<br>                              )<br>v.                            )   Case No. CR-21-00216-JD-002<br>                              )<br>KENNETH DALE GARRETT,         )<br>                              )<br>        Defendant.            )| |

## ORDER

Defendant Kenneth Dale Garrett has submitted a letter to the Court. [*See* Doc. No. 74]. The Court does not act on correspondence. Requests for court action must be in the form of a motion. *See* Fed. R. Crim. P. 47(a)–(b); LCrR12.1(d).

Additionally, because Defendant is represented by counsel in this case, *see* Entry of Appearance by Taylor McLawhorn [Doc. No. 56], all requests for relief should be made by counsel. *See United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008) (unpublished) ("[W]hen defendants have the assistance of counsel, courts need not consider any filings made *pro se*." (citing *United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976)); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) ("[T]here is no constitutional right to a hybrid form of representation . . . .").

The Court, however, has contacted the United States Probation Office regarding the status of Defendant's presentence investigation report and has been advised that the

initial presentence investigation report should be on file sometime in the next week.[1]

Defendant's counsel is directed to send a copy of this Order to Defendant Kenneth Dale Garrett.

IT IS SO ORDERED this 23rd day of August 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] This information has been communicated to Defendant's counsel of record, Taylor McLawhorn through the Court's courtroom deputy via e-mail.